COMPAÑÍA DE FERROCARRILES DE PUERTO RICO, Plaintiff and Appellee, *v.* RAFAEL BUSCAGLIA, TREASURER OF PUERTO RICO, Defendant and Appellant.

No. 8739. Argued November 23, 1943.—Decided February 7, 1944.

M. *Rodríguez Ramos, Acting Attorney General,* and *Carmen B. Hernández, Law Clerk,* for appellant. *Mariano Acosta Velarde, Federico Acosta Velarde,* and *Donald R. Dexter* for appellee.

MR. JUSTICE SNYDER delivered the opinion of the court.

The appellee, after paying under protest excise taxes amounting to $1,365.62 for bringing into Puerto Rico parts and accessories for the construction and repair of railroad cars, sued for a refund thereof. The district court overruled the demurrer of the Treasurer to the complaint. The Treasurer thereupon asked for entry of a judgment, from which he has appealed.

The controversy herein involves a simple question of law. Does paragraph 8 of § 16 of the Internal Revenue Act of

Puerto Rico (Act No. 85, Laws of P. R., 1925, as amended by Act No. 158, Laws of P. R., 1941) provide for such a tax? The reasoning advanced by the Treasurer to sustain an affirmative answer to this question has recently been rejected by this court in a case involving substantially the same problem (*Porto Rico Iron Works Inc.* v. *Treasurer*, decided January 25, 1944, 62 P.R.R. 839). It would serve no useful purpose to restate in this case our views as found in the *Porto Rico Iron Works Inc.* case.

The judgment of the district court will be affirmed.